IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00384-REB-MJW

NIKKI CHRISTENSEN, et al.,

Plaintiffs,

v.

BNSF RAIL WAY COMPANY,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Defendant's Unopposed Motion to Modify Scheduling Order Regarding Discovery Deadlines for Expert Depositions and Dispositive Motions (docket no. 24) is GRANTED finding good cause shown. The deadline to complete discovery is extended to September 30, 2007, for the limited purpose of completing the Plaintiffs' and Defendants' expert witness depositions only. The deadline to file dispositive motions is extended to October 15, 2007. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: August 30, 2007