IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00384-REB-MJW

NIKKI CHRISTENSEN and CLAY CHRISTENSEN, on behalf of the decedent, STORMY NICOLE CHRISTENSEN,

    Plaintiffs,

v.

BNSF RAIL WAY COMPANY, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice** [#65], filed March 6, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#65], filed March 6, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for April 17, 2008, is **VACATED**;

3. That the jury trial set to commence May 5, 2008, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 6, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**